i

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     GLENN ANTHONY NORRIS SR.                    CASE NO: 4:20-bk-11420 T
           Debtor                                                         Chapter 13

## CHAPTER 13 ORDER TO PAY TRUSTEE
## (DIRECT PAY)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this Court, the debtor named above shall pay the sum of **$4,404.00 MONTHLY** and each succeeding period thereafter, to:

Joyce Bradley Babin, Trustee
3411 Momentum Place
Chicago, IL 60689-5334

IT IS FURTHER ORDERED,  that all funds forwarded to the Trustee shall be by money order, cashiers check,  or other payment form accepted by the Trustee and are due **by the 22nd of each month unless scheduled otherwise.**

IT IS FURTHER ORDERED that this order supersedes previous orders to the debtor to make payments to the Trustee in this case.

Date:  10/21/2020                                   /s/ Richard D. Taylor
                                               _____
                                                    Richard D. Taylor
                                                    United States Bankruptcy Judge

cc:   Joyce Bradley Babin
      Caddell Reynolds, P.A.
      Glenn Anthony Norris Sr.
      Danita Rose Norris